UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUDOS INC,<br><br>              Plaintiffs,<br><br>    v.<br><br>KUDOBOARD LLC, et al.,<br><br>              Defendants. | Case No. 20-cv-01876-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: **December 11, 2020 at 3:00 PM**.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS: **October 31, 2020**

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF: **July 30, 2021**

DESIGNATION OF EXPERTS: **July 2, 2021**; REBUTTAL: **July 19, 2021**;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF: **August 27, 2021**

DISPOSITIVE MOTIONS **SHALL** be filed by **September 24, 2021.**
    Opp. Due: **October 8, 2021**; Reply Due: **October 15, 2021**;
    and set for hearing no later than **October 29, 2021 at 10:00 AM.**

PRETRIAL CONFERENCE DATE: **November 30, 2021 at 3:30 PM**.

JURY TRIAL DATE: **December 13, 2021 at 8:30 AM.**
    Courtroom 1, 17th floor.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

  **IT IS SO ORDERED**.

Dated: August 10, 2020

                  _____
                  SUSAN ILLSTON
                  United States District Judge