UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUDOS INC, <br><br> Plaintiff, <br><br> v. <br><br> KUDOBOARD LLC, et al., <br><br> Defendants. | Case No. 20-cv-01876-SI <br><br> **ORDER REFERRING PARTIES TO SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE** |

On February 26, 2021, plaintiff Kudos Inc. and defendants Kudoboard LLC and Aaron Rubens filed a joint statement regarding the parties' preferences for mediation. Dkt. No. 38. The parties disagree on whether mediation should proceed with a private mediator or with a magistrate judge of the court. *Id*. The Court will generally not send parties to private mediation absent their consent.

Accordingly, the Court hereby **ORDERS** the parties to proceed with a settlement conference with Magistrate Judge Tse. The parties are directed to contact Judge Tse's chambers and arrange for a date and time for further settlement conference with him.

**IT IS SO ORDERED**.

Dated: March 30, 2021

SUSAN ILLSTON
United States District Judge