1  GINA DURHAM, Bar No. 295910
   gina.durham@us.dlapiper.com
2  OSCAR M. OROZCO-BOTELLO, Bar No. 313104
   Oscar.orozco-botello@us.dlapiper.com
3  DLA PIPER LLP (US)
4  555 Mission Street, Suite 2400
   San Francisco, CA 94105-2933
5  Tel: 415.836.2500
   Fax: 415.836.2501
6
   COLIN STEELE (*pro hac vice*)
7  colin.steele@us.dlapiper.com
   DLA PIPER LLP (US)
8  1251 Avenue of the Americas, 27th Floor
   New York, NY 10020-1104
9  Tel: 212.335.4500
   Fax: 212.335.4501
10
11 Attorneys for Defendants/Counterclaimants
   KUDOBOARD, LLC AND AARON RUBENS
12
                    **UNITED STATES DISTRICT COURT**
13
                   **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KUDOS, INC., an Alberta, Canada Corporation, | CASE NO. 3:20-cv-01876-SI |
| Plaintiff, | **DECLARATION OF GINA L. DURHAM IN SUPPORT OF DEFENDANTS/ CONTERCLAIMANTS' AARON RUBENS AND KUDOBOARD, LLC'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| KUDOBOARD, LLC, a Louisiana Limited Liability Company; AARON RUBENS, an individual residing in California, | Date: October 29, 2021<br>Time: 10:00 AM<br>Crtrm: 1<br>Judge: Hon. Susan Illston<br>Original Complaint filed: March 17, 2020 |
| Defendants. | |
| KUDOBOARD, LLC, a Louisiana Limited Liability Company; AARON RUBENS, an individual residing in California, | |
| Counterclaimants, | |
| v. | |
| KUDOS, INC., an Alberta, Canada corporation, | |
| Counterdefendant. | |

I, Gina L. Durham, declare as follows:

1. I am an attorney licensed to practice in the State of California. I am a partner of DLA Piper LLP (US), counsel for Defendants/Counterclaimants Kudoboard, LLC and Aaron Rubens (collectively "Kudoboard"). I submit this declaration in support of Kudoboard's Motion for Summary Judgment. The statements in this declaration are based on my personal knowledge, and if called to do so, I would competently testify as to these statements.

2. **Exhibit 35** is a true and correct copy of excerpts of the official deposition transcript of Muni Boga, as Kudos, Inc.'s ("Kudos") 30(b)(6) representative, taken as part of this litigation. I personally conducted the deposition of Mr. Boga.[1]

3. **Exhibit 36** is a true and correct copy of a cease and desist letter, dated September 13, 2012, which Kudos addressed to TribeHR, produced by Kudos as part of this litigation, bates stamped KUDOS002546.

4. **Exhibit 37** is a true and correct copy of Exhibit 53 of Mr. Boga's Deposition, consisting of Mr. Boga's Declaration, filed as part of Kudos's Opposition against Kudo, Inc. dba Kudo Technologies in front of the Trademark Trial and Appeal Board, dated June 19, 2020.

5. **Exhibit 38** is a true and correct copy of Plaintiff's Notice of Opposition to Everfit, Inc d/b/a Kudos's trademark application for KUDOS (Serial No. 87430346) in class 41 for "providing a website and an online computer database featuring information regarding exercise techniques and an assigned human coach that, when combined, provide personalized exercise recommendations, videos, how-to guides, and step-by- step directions on how to complete exercise movements that support a customer's fitness goals." Plaintiff produced this document as part of this litigation, bates stamped KUDOS001843.

6. **Exhibit 39** is a true and correct copy of excerpts of the official deposition transcript of Mr. Tom Short, Kudos's chief customer officer, taken as part of this litigation. I personally conducted the deposition of Mr. Short.

---

[1] The numbering of exhibits in my declaration continues the numbering of exhibits found in the Declaration of Aaron Rubens in Support of Defendants/Counterclaimants' Motion for Summary Judgment.

7. **Exhibit 40** is a true and correct copy of a cease and desist letter, dated May 20, 2015, which Kudos addressed to KUDO APP Inc., produced by Kudos as part of this litigation, bates stamped KUDOS002586.

8. **Exhibit 41** is a true and correct copy of a cease and desist letter, dated May 20, 2015, which Kudos addressed regarding the use of iKUDOS, produced by Kudos as part of this litigation, bates stamped KUDOS002580.

9. **Exhibit 42** is a true and correct copy of a cease and desist letter, dated September 13, 2012, which Kudos sent to Kudos Trading Co., produced by Kudos as part of this litigation, bates stamped KUDOS002592.

10. **Exhibit 43** is a true and correct copy of Plaintiff's Second Supplemental Responses to Defendants' Second Set of Interrogatories (Nos. 12–20), dated August 13, 2021.

11. **Exhibit 44** is a true and correct copy of a cease and desist letter, dated May 05, 2016, which Kudos addressed to TeamKudo objecting of use of TEAMKUDO, produced by Kudos as part of this litigation, bates stamped KUDOS002616.

12. **Exhibit 45** is a true and correct copy of Exhibit 35 of Mr. Short's Deposition, consisting of a copy from the United States Patent and Trademark Office ("USPTO") of a trademark application for KUDOS THANK DIFFERENT, filed by Rare Method Capital Corporation on January 24, 2007.

13. **Exhibit 46** is a true and correct copy of Exhibit 36 of Mr. Short's Deposition, consisting of an office action issued by the USPTO for KUDOS THANK DIFFERENT (Serial Number 7709324).

14. **Exhibit 47** is a true and correct copy of Exhibit 37 of Mr. Short's Deposition, consisting of Rare Method Capital Corporation's Office Action Response for its KUDOS THANK DIFFERENT application (Serial Number 7709324), submitted on December 21, 2007.

15. **Exhibit 48** is a true and correct copy of the Expert Report of Dr. William Eggington, produced by Kudoboard as part of this litigation.

16. **Exhibit 49** is a true and correct copy of Exhibit 55 of Mr. Boga's Deposition, consisting of Plaintiff's website, https://www.kudos.com/product/mobile/, retrieved July 29, 2021.

17.     **Exhibit 50** is a true and correct copy of Exhibit 56 of Mr. Boga's Deposition, consisting of Plaintiff's support website, https://support.kudosnow.com/hc/en-us/articles/203808876-Private-and-Public-Kudos, bates stamped KUDOBOARD01254.

18.     **Exhibit 51** is a true and correct copy of an excerpt of the deposition transcript of Nikki Weisgarber, Kudos's Director of Client Success, taken by Kudoboard as part of this litigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 24th day of September, 2021, in San Francisco, California.

By: */s/ Gina L. Durham*
    GINA L. DURHAM