GINA DURHAM, Bar No. 295910
gina.durham@us.dlapiper.com
OSCAR M. OROZCO-BOTELLO, Bar No. 313104
Oscar.orozco-botello@us.dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

COLIN STEELE (*pro hac vice*)
colin.steele@us.dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Tel: 212.335.4500
Fax: 212.335.4501

Attorneys for Defendants/Counterclaimants
KUDOBOARD, LLC AND AARON RUBENS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KUDOS, INC., an Alberta, Canada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KUDOBOARD, LLC, a Louisiana Limited Liability Company; AARON RUBENS, an individual residing in California,<br><br>Defendants.<br><br>KUDOBOARD, LLC, a Louisiana Limited Liability Company; AARON RUBENS, an individual residing in California,<br><br>Counterclaimants,<br><br>v.<br><br>KUDOS, INC., an Alberta, Canada corporation,<br><br>Counterdefendant. | CASE NO. 3:20-cv-01876-SI<br><br>**DECLARATION OF GINA L. DURHAM IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE EVIDENCE AND TESTIMONY FROM MARK KEEGAN**<br><br>Date:   October 29, 2021<br>Time:   10:00 AM<br>Crtrm:  1<br>Judge:  Hon. Susan Illston<br>Original Complaint filed: March 17, 2020 |

I, Gina L. Durham, declare as follows:

1. I am an attorney licensed to practice in the State of California. I am a partner of DLA Piper LLP (US), counsel for Defendants/Counterclaimants Kudoboard, LLC and Aaron Rubens (collectively "Kudoboard"). I submit this declaration in support of Kudoboard's Motion to Exclude Mark Keegan. The statements in this declaration are based on my personal knowledge, and if called to do so, I would competently testify as to these statements.

2. On July 16, 2021, Plaintiff Kudos, Inc. ("Plaintiff") identified Mark Keegan as a likelihood of confusion survey expert and served the Expert Report of Mark Keegan. **Exhibit 1** is a true and correct copy of the expert report of Mark Keegan. I have not included the separate excel spreadsheet of un-tabulated data so as to not increase the volume of the documents filed.

3. On July 16, 2021, Kudoboard identified Dr. William Eggington as a linguistic expert and served the Linguistic Report for *Kudos, Inc. v. Kudoboard, LLC, et al.* ("Dr. Eggington Report"). **Exhibit 2** is a true and correct copy of the Dr. Eggington Report. I have not included additional documents subsequently produced by Dr. Eggington so as to not increase the volume of the documents filed.

4. On August 2, 2021, Plaintiff again identified Mr. Keegan, this time to rebut the opinions of Dr. Eggington in the Response to Eggington Report ("Mr. Keegan's Rebuttal Report"). **Exhibit 3** is a true and correct copy of Mr. Keegan's Rebuttal Report.

5. On September 8, 2021, I deposed Mr. Keegan in this action. **Exhibit 4** is a true and correct copy of excerpts from his deposition transcript.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the 24th of September 2021 at San Francisco, California.

By: */s/ Gina L. Durham*
GINA L. DURHAM